USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/20/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RINALDO LAVIOLETTE,

                Plaintiff(s),

-against-

DOUGLAS DEOTTO et al.,

                Defendant(s).

22-CV-06244 (MMG)

**NOTICE OF REASSIGNMENT**

---

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all dates and deadlines shall remain in effect notwithstanding the case's reassignment, including the Initial Pretrial Conference scheduled for **Wednesday, March 20, 2024, at 9:30 a.m.** The Initial Pretrial Conference will be held before Judge Garnett in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. All counsel must familiarize themselves with the Court's Individual Rules & Practices ("Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

    The parties are hereby ORDERED to file on ECF a joint letter and proposed Civil Case Management Plan and Scheduling Order in accordance with Rule II(A)(5) of the Court's Individual Rules no later than **one week before the Initial Pretrial Conference**. The parties shall use this Court's form proposed Civil Case Management Plan and Scheduling Order, which is available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

    If this case has been settled or otherwise terminated, counsel are not required to submit such a letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://www.nysd.uscourts.gov/electronic-case-filing.

    In accordance with Rule I(B)(5) of the Court's Individual Rules, requests for extensions or adjournments may be made only by letter-motion filed on ECF. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

Dated: February 20, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge