PAUL B. EDELMAN +
LAWRENCE P. KRASIN
WILLIAM T. JAYE
SAL A. SPANO

HAROLD J. ST
1929-2017

## EKJ
Edelman, Krasin & Jaye, PLLC
COUNSELORS AT LAW

KARA M. ROSEN ++
MONICA P. BECKER
AARON D. FINE
VICTOR I. BOTA ++
DANIEL J. SOLINSKY
JOSEPH P. DONNELLY
CAOIMHE P. STAFFORD

ROBERT T. ACKER
OF COUNSEL

+ADMITTED IN NY & DC
++ADMITTED IN NY & NJ

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:**___3/11/2024___

March 11, 2024

VIA ECF
Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Centre Street, Room 2102
New York, NY 10007

RE:   *LAVIOLETTE V. DOUGLAS DEOTTO et al*
       CIVIL ACTION NO. 7:22-cv-6244

Dear Judge Garnett:

The undersigned represents the plaintiff in this action, Rinaldo Laviolette. I write this letter with the review and consent of all parties. In this matter, the plaintiff's allegations are that Plaintiff sustained severe personal injuries after being shot in the face by defendant Douglas DeOtto, an off-duty police officer employed by Defendant New York City and the New York City Police Department on March 5, 2022. Issue has been joined in this matter. While this matter was previously assigned to Judge Furman, because of the circumstances to be described *infra*, the parties have been unable to begin mapping out comprehensive discovery.

Thus far, being listed as a "Plan" case under Local Civil Rule 83.10, counsel for all parties have complied with the local rules of this case and have exchanged certain requisite discovery.

Despite the fact that this shooting occurred just over two (2) years ago, the jurisdictional investigating agencies (the Suffolk County Police Department and District Attorney) have not taken any formal action, yet have resisted any subpoena, indicating that the matter is still under investigation. The undersigned has been in touch with an attorney from the Suffolk County Attorney's Office, Marc Lindemann, Esq. who has been, to the best of his ability, keeping us apprised on the status of this matter.

The parties have jointly requested (and were granted) five (5) adjournments of the Initial Conference as we are still awaiting word from a possible Grand Jury Investigation into this

WWW.EKJLAW.COM

7001 Brush Hollow Road
Suite 100
Westbury, NY 11590

Phone: 516.742.9200
Fax: 516.742.7622

incident.  The matter was adjourned to March 20, 2024.   The undersigned has had some further communication with Marc Lindemann, Esq. of the Suffolk County Attorney's Office.  Attorney Lindemann previously advised the undersigned that Grand Jury action may take place in January.  Upon information and belief, no such action has been taken.  I recently reached out again to Attorney Lindemann in an effort to obtain more clarity on the Suffolk County District Attorney's Grand Jury intentions.  As can be gleaned from our pleadings and prior correspondence, the Suffolk County investigation file is extremely critical to the progress of this case any such action could have great importance as regards the civil matter.  Of paramount importance to the parties is the release of a "Ring" doorbell device believed to be in the possession of the Suffolk County Police, additionally, witness statements and photographs will play a crucial role.  Moreover, after the Suffolk County investigation, there is likely to be an internal investigation of the New York City Police Department which may yield information important to either mediation or litigation.

Consequently, the parties would respectfully request an adjournment of the Initial Conference until June 20, 2024 to determine what, if any, action was taken by the Grand Jury and what, if any, consequence this will have on the Civil Proceeding.  Any action would inform the parties' next steps of either attempting to lift the 83.10 stay to open wider discovery or to stay the action until any criminal matter has been resolved.

The parties jointly request, therefore, an adjournment of the Initial Conference on March 20, 2024, until June 20, 2024 so that the parties can receive clarity on the next steps (if any) of the Suffolk County Police Department's investigation in the subject matter.

The parties jointly thank the Court for allowing it to address the Court in this matter.

Very truly yours,

DANIEL J. SOLINSKY

CC:

New York City Law Department
Attorneys for Defendants City of New York
Attn:  Susan P. Scharfstein
100 Church Street
New York, NY 10007

Nicolini Paradise, Ferretti & Sabella
Attorneys for Defendant Douglas DeOtto
Attn:  John Nicolini, Esq.
114 Old Country Road, Suite 500
Mineola, NY 11501

Letter-motion for adjournment GRANTED.  The initial pretrial conference will be held on **Thursday, June 20, 2024, at 11:30 a.m.**  The parties' joint letter and proposed Civil Case Management Plan and Scheduling Order, as set out at Dkt. No. 52, is to be filed by **June 13, 2024.**

Dkt. No. 53 is to be TERMINATED.

SO ORDERED.  Date 3/11/2024.

MARGARET M. GARNETT
U.S. DISTRICT JUDGE