

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
Corporation Counsel

**HANNAH V. FADDIS**
*Assistant Deputy Chief of Trials*
Tel.: (212) 356-2486
Fax: (212) 356-1148
hfaddis@law.nyc.gov

April 20, 2026

**BY ECF**
Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:  <u>Laviolette v. DeOtto, et al.</u>, 22 CV 6244 (MMG)

Your Honor:

I am one of the attorneys assigned to the defense of the above-referenced matter on behalf of defendants.  Defendants write to request to reschedule the conference on for April 22, 2026 to later the same day or this week.  Plaintiff's counsel consents to this request.

This request is made, with sincere apologies, because the undersigned overlooked a scheduling conflict.  I am scheduled to teach a class from 9-10:40 a.m. on April 22, and failed to realize the conflict with this conference until this morning.  My co-counsel is, unfortunately, on trial this week and unable to attend.  I am available on April 22 from 11 a.m. onward and anytime on Thursday, April 23.  Plaintiff's counsel is available until 3 p.m. on April 22, and the morning of April 23.

The undersigned again sincerely apologizes to the Court for the timing of this request and defendants thank the Court for its consideration.

Respectfully submitted,

/s/
Hannah V. Faddis
*Special Federal Litigation Division*

cc:    All Counsel (By ECF)

GRANTED. The conference previously scheduled for April 22, 2026, at 9:30 a.m. is rescheduled to **April 22, 2026, at 1:00 p.m**. The conference will be held in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED. Dated April 20, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE