

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, N.Y. 10007

STEVEN BANKS
Corporation Counsel

BRIAN FRANCOLLA
*Senior Corporation Counsel*
Tel.: (212) 356-3527
bfrancol@law.nyc.gov

June 17, 2026

**BY ECF**
Honorable Margaret M. Garnett
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:  <u>Laviolette v. DeOtto, et al.</u>, 22 CV 6244 (MMG)

Your Honor:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, and one of the attorneys assigned to the defense of the above-referenced matter on behalf of defendants.  In that capacity, I write with consent of plaintiff's counsel to respectfully request a brief adjustment to the current briefing schedule for defendants' motion for summary judgment/<u>Daubert</u>.

The reason for this request is that the undersigned was occupied with a post-trial motion that was filed late Friday night while my co-counsel, Ms. Faddis, was unexpectedly involved in the litigation of a request seeking a temporary restraining order that ended up occupying much of her last two weeks.  Because of those obligations, and our inability to begin working on the instant motion in this matter as a result, we respectfully request that due date for our motion – currently June 22, 2026 – be adjourned until on or before July 2, 2026.  Should the Court grant this request, the parties have agreed on the following briefing schedule:

Defendants' Motion:        July 2, 2026

Plaintiff's Opposition:        August 6, 2026

Defendants' Reply:        August 20, 2026

Thank you for your consideration herein.

Respectfully submitted,

/s/
Brian Francolla
Senior Counsel
Special Federal Litigation Division

cc:    All Counsel (By ECF)

GRANTED.  Defendants' Motion shall be due **July 2, 2026**; Plaintiff's Opposition shall be due **August 6, 2026**; and  Defendants' Reply shall be due **August 20, 2026**.

SO ORDERED.  Dated June 22, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE